vs.                                          **Decision**
**DAVID T. MORGAN,**
   **Defendant,**

On March 5, 2001, the defendant was sentenced to the following: Attempt (Deliberate Homicide) (Three Counts): Life in the Montana State Prison, on each count, to run concurrent with one another; and Assault with a Weapon: Twenty (20) years in the Montana State Prison, to run concurrent with the above sentences.

On July 19, 2001, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Larry Mansch. The state was represented by George Corn.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 19th day of July, 2001.

DATED this 1st day of August, 2001.

Acting Chairman, Hon. David Cybulski, Member, Hon. Katherine R. Curtis and Alt. Member, Hon. John Whelan.

**FROM: The District Court of the 13th Judicial District.**
**County of Yellowstone.**

**STATE OF MONTANA,**
   **Plaintiff,**                          **No. DC-97-809**
vs.                                          **Decision**
**VICTOR J. NAVA,**
   **Defendant,**

On June 6, 2000, the defendant was sentenced to five (5) years in the Montana State Prison, to run concurrently with the sentences received in Cause Nos. DC-99-643 and DC-99-559.

On July 19, 2001, the defendant's application for review of that sentence was scheduled to be heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was not present, nor did counsel appear on behalf of the defendant. The state was represented by John Petak.

Based on the foregoing, and the fact that the defendant had requested a continuance of his May 17, 2001, hearing and was granted a continuance until the "next scheduled meeting of the Board, currently set for July 19 and 20, 2001", it is the unanimous decision of the Sentence Review Division that the application for review of sentence shall be dismissed, with prejudice.

Done in open Court this 19th day of July, 2001.

DATED this 31st day of July, 2001.

Chairman, Hon. Jeffrey H. Langton, Member, Hon. David Cybulski and Member, Hon. Katherine R. Curtis.

**FROM: The District Court of the 13th Judicial District. County of Yellowstone.**

**STATE OF MONTANA,**
    **Plaintiff,**                            **No. DC-99-559**
**vs.**                                    **Decision**
**VICTOR J. NAVA,**
    **Defendant,**

On June 6, 2000, the defendant was sentenced to five (5) years in the Montana State Prison, to run concurrently with the sentence received in Cause No. DC-99-643.

On July 19, 2001, the defendant's application for review of that sentence was scheduled to be heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was not present, nor did counsel appear on behalf of the defendant. The state was represented by John Petak.

Based on the foregoing, and the fact that the defendant had requested a continuance of his May 17, 2001, hearing and was granted a continuance until the "next scheduled meeting of the Board, currently set for July 19 and 20, 2001", it is the unanimous decision of the Sentence Review Division that the application for review of sentence shall be dismissed, with prejudice.

Done in open Court this 19th day of July, 2001.